# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with Account #5668704 (Weeks Medical Center/Lydia McKenzie) that is Stored at Premises Controlled by eClinical Works | )<br>)<br>)  Case No.   23-mj-23-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of    Massachusetts    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 846, 843, 841(a)(1) | violations of the Controlled Substances Act |
| 18 U.S.C. 1347 | health care fraud |

The application is based on these facts:

See ssupporting affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**Telephonic conference**

/s/ Tyler Gagne

*Applicant's signature*

Tyler Gagne, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Feb 8, 2023**

*Judge's signature*

City and state: **Concord, New Hampshire**    **Andrea K. Johnstone    U.S. Magistrate Judge**

*Printed name and title*